PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Helou, Charles**                              Docket No. **09-00193-001**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER **Mertice Evans,** presenting an official report upon the conduct of defendant **Charles Helou**, who was placed under pretrial release supervision by **United States Magistrate Judge Mark Falk** sitting in the Court at Newark, New Jersey, on November 8, 2007, under the following conditions:

1.) $500,000 Collateral Bond cosigned by two financially responsible persons;
2.) Lien on property to be perfected by November 14, 2007;
3.) Maintain residence as approved by Pretrial Services;
4.) Surrender passport and do not apply for a new one (satisfied on November 7, 2007);
5.) Travel restricted to New Jersey, New York and or as approved by Pretrial Services;
6.) Drug and/or alcohol testing/treatment as deemed appropriate by Pretrial Services;
7.) Pretrial Services supervision;
8.) The defendant not to attempt to influence, intimidate, or injure any jurors, judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness (es), victim(s) or informant in this case.

The defendant is currently pending sentencing before Your Honor on June 29, 2009.

Respectfully presenting petition for action of Court and for cause as follows:

### See Attached Memorandum

PRAYING THAT THE COURT WILL ORDER **THAT RELEASE CONDITIONS BE MODIFIED TO INCLUDE MENTAL HEALTH TESTING AND TREATMENT AS DIRECTED BY PRETRIAL SERVICES**

ORDER OF COURT

Considered and ordered this 12th day of June, 09 and ordered filed and made a part of the records in the above case.

_____
Honorable William H. Walls
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/12/09

_____
Mertice Evans
U.S. Pretrial Services Officer